UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANGELA HAMBER,**

    **Plaintiff,**

    v.                                                **Case No. 2:25-cv-1016**
                                                         **JUDGE EDMUND A. SARGUS, JR.**
**CARE360 HOSPICE, LLC,**                  **Magistrate Judge Chelsey M. Vascura**

    **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay, filed on November 25, 2025. (ECF No. 15.) The Parties request that the Court stay the case for 120 days and extend Defendant's deadline to answer the Complaint by 120 days so that the Parties can "exchange documents and information for purposes of settlement discussions." (*Id.*)

For good cause shown, the Parties' Joint Motion to Stay is **GRANTED**. (ECF No. 15.) The Court **STAYS** this case for 120 days and **EXTENDS** Defendant's deadline to file an answer to Plaintiff's Complaint (ECF No. 1) by 120 days. The Court **ORDERS** the Parties to file a joint status report regarding the status, not substance, of the settlement on or before March 31, 2026, unless this case is dismissed before then.

    IT IS SO ORDERED.

**12/1/2025**                                                                         **s/Edmund A. Sargus, Jr.**
**DATE**                                                                             **EDMUND A. SARGUS, JR.**
                                                                                       **UNITED STATES DISTRICT JUDGE**