**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANGELA HAMBER,**

      **Plaintiff,**

      **v.**                            **Case Number 2:25-cv-1016**
                                      **Judge Edmund A. Sargus, Jr.**
**CARE360 HOSPICE, LLC,**          **Magistrate Judge Chelsey M. Vascura**

      **Defendant.**

## ORDER

This matter is before the Court on the Parties' Second Joint Motion to Extend Stay. (ECF No. 22.) The Court previously stayed this case and extended Defendant's deadline to answer Plaintiff's Complaint on a joint request from the Parties so that they could exchange documents and information for purposes of settlement discussions. (ECF Nos. 16, 19.) Now, the Parties move to extend the stay and answering deadline until July 28, 2026, because they require additional time to exchange settlement communications and explore a possible resolution. (ECF No. 22.)

For good cause shown, (ECF No. 22) the Parties' Second Joint Motion to Extend Stay is **GRANTED**. The Court **EXTENDS** the stay and Defendant's deadline to file an answer to Plaintiff's Complaint until July 28, 2026. The Court **ORDERS** the Parties to file a joint status report regarding the status, not substance, of the settlement on or before July 28, 2026. If the Parties reach a settlement before then, they are **INSTRUCTED** to inform the Court by filing a notice on the docket.

The Court will issue a separate order with instructions on how to properly dismiss this litigation. The Undersigned is analyzing the recently-decided Opinion and Order issued by a

district judge colleague on this Court in *Jordan v. Helping Hands Home Care of Columbus LLC*, No. 2:24-cv-1289, 2026 WL 1429054 (S.D. Ohio May 21, 2026) (Morrison, C.J.), which may inform proper dismissal of this case.

This case remains stayed.

**IT IS SO ORDERED.**

**6/3/2026**                                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                                        **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**